IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YULON CLERK,** *on behalf of herself and all others similarly situated*, | : : : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : : | No. 09-2245 |
| **CASH AMERICA NET OF NEVADA, LLC,** | : : | |
| Defendant. | : | |

### O R D E R

AND NOW, this 22nd day of August, 2011, upon consideration of defendant's motion to compel individual arbitration and stay litigation (paper no. 11), plaintiff's response (paper no. 44), and all notices of subsequent authority, and for the reasons stated in the attached memorandum, it is **ORDERED** that:

1. Defendant's motion to compel individual arbitration and stay litigation (paper no. 11) is **GRANTED**.

2. Plaintiff Yulon Clerk shall submit her claims to arbitration in accordance with the parties' arbitration agreement.

3. The Clerk of Court is directed to mark this action **CLOSED** for statistical purposes and place this action in **SUSPENSE** pending completion of the arbitration proceedings. Counsel shall notify the court when arbitration proceedings have been completed.

/s/ Norma L. Shapiro
_____
J.